SHOOK, HARDY & BACON L.L.P.
Tony M. Diab (SBN: 277343)
Jamboree Center, 5 Park Plaza, Suite 1600
Irvine, California 92614-2546
Telephone: 949.475.1500
Facsimile: 949.475.0016
Email: tdiab@shb.com

Attorneys for Plaintiff Aerotek, Inc.

STEPHEN R. THAMES (BAR NO. 106406)
NISHA VERMA (BAR NO. 284130)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Phone: (949) 553-1313
Fax: (949) 553-8354
E-Mail: sthames@allenmatkins.com
        nverma@allenmatkins.com

Attorneys for Defendant
AMONIX, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| AEROTEK, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>AMONIX, INC.,<br><br>    Defendant. | Case No. SACV 12-01251 JST (MLGx)<br><br>**[PROPOSED] PROTECTIVE ORDER**<br><br>Hon.: Marc L. Goldman<br>Dept.: 6A |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

979382.01/OC

[PROPOSED] PROTECTIVE ORDER

1     Having read the Parties' Stipulated Protective Order, and for good cause, the
2 Court orders that the Parties' Stipulated Protective Order shall govern the disclosure
3 of information in this case.
4     **IT IS SO ORDERED.**

6 Dated: March 5, 2013

                              Hon. Marc L. Goldman
                              United States Magistrate Judge